IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr 44-SRW |
| | ) | (18 U.S.C. 641) |
| LEON D. BOWEN | ) | |
| | ) | INFORMATION |
| | ) | |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 9th day of September, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, LEON D. BOWEN did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_Kent Brunson_
KENT BRUNSON
Assistant United States Attorney

_[signature]_
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

STATE OF ALABAMA )
) **AFFIDAVIT**
COUNTY OF MONTGOMERY )

The undersigned, being first duly sworn, deposes and says:

I, EDWARD L. McINTYRE, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 9 September 2007, via closed circuit monitor, Bowen selected a knife in the sporting goods department of the exchange. Bowen went to the outdoor living area where he removed the knife from its packaging and concealed it in his pocket. He then shopped for a brief period in the store and then proceeded to a register where he paid for some items, but not the knife. I stopped him outside the main doors of the Exchange and identified myself by showing my credentials and invited him into the Loss Prevention office. Bowen reached into his pocket while enroute to the office and took the knife out. Once in the office, I had Bowen to sit down and he then placed the knife on the table. Bowen asked if he could then pay for the knife. Security Forces was contacted and upon arrival, assumed the investigation.

_____
EDWARD L. MCINTYRE

Subscribed and sworn to before me this 12th day of February, 2008.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS