UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO: 2:08cr44-SRW |
| | : |
| v. | : VIOLATION: |
| | : 18 U.S.C. 641 |
| LEON D. BOWEN | : |

*RECEIVED 2008 MAR -6 A 10:09 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## NOTICE OF APPEARANCE

Comes now Stephen S. Weldon, Attorney at Law, and files this his Notice of Appearance on behalf of LEON D. BOWEN, Defendant in the above referenced cause.

Respectfully submitted this 5th day of March, 2008.

*/s/ Stephen S. Weldon*
STEPHEN S. WELDON (WEL033)
**Counsel for Defendant**

SCARBOROUGH & WELDON, LLC
ATTORNEYS AT LAW
P.O. Box 780452
Tallassee, Alabama 36078
Telephone: (334) 283-2893
Fax: (334) 283-8364

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of March, 2008, delivered a copy of the foregoing document by placing same in the U.S. Postal Service, postage prepaid, upon:

| | |
|---|---|
| Kent Brunson, Esq. | Reese H. Hayes, III, Esq. |
| Assistant U.S. Attorney | Special Assistant U.S. Attorney |
| P.O. Box 197 | 50 LeMay Plaza South |
| Montgomery, AL 36101-0197 | Maxwell AFB, AL 36112-6334 |

*/s/ Stephen S. Weldon*
OF COUNSEL

Z:\Pleadings-Criminal\Notice of Appearance\BOWEN, LEON-U.S. Federal.wpd