IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OR AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08-cr-44-SRW |
| ) | |
| LEON D. BOWEN ) | |

## ORDER

Upon consideration of the government's motion for leave to dismiss original information(Doc. # 9), filed April 23, 2008, and for good cause, it is

ORDERED that motion be and hereby is GRANTED.

DONE, this 23rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE